FILED _____ LODGED
_____ RECEIVED _____ COPY

JUL 1 8 2011

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ P DEPUTY

1  Demetris Henry/Brandon Adams

2  2545 N. 83rd Ave. apt #2261

3  Phoenix, Arizona 85035

4  Phone: (602) 391-5335

5          **UNITED STATES DISTRICT COURT**

6      **IN AND FOR THE DISTRICT OF ARIZONA**

7

8  Demetris Henry, Brandon Adams, Saniah )   Case No.:   **CV-11-1410-PHX-FJM**
                                        )
9  Adams, Jailah Adams                  )   (lawsuit)
                                        )
10          **Plaintiff,**              )
                                        )
11      vs.                             )
                                        )
12  Allyssa B. Birnley, Harriett        )
                                        )
13  Chavez, Sonoma Ridge, Sentinel

14  Real Estate Corp.

15          **Defendant**
   _____
16

17                                 Jurisdiction

18  This action is for money damage in the excess of 25,000.

19  At all times hereinafter and material to this lawsuit, Defendants were and

20  still are residents of the state of Arizona.

21  Defendants, Allyssa B. Birnley, Harriett Chavez, Sonoma Ridge Apartments,

22  Sentinel Real Estate Corporation are corporations incorporated under the laws

23  of Arizona Revised Statutes Title 10 and having a main office at 8201 W.

24  Beardsley Road, Peoria, Az. 85382, and is licensed to do business in the

25  state of Arizona.

1    All acts necessary or precedent to the bringing of this lawsuit occurred or

2    accrued in Maricopa County, Arizona.

3    This Court has jurisdiction.

4

5                                    Complaint

6    Defendants Harriett Chavez and Allyssa B. Birnley sworn an oath to uphold,

7    support and defend the Constitution of The United States of America and the

8    Constitution of The State of Arizona against any enemies/violators foreign

9    and domestic. See (Arizona Revised Statutes 38-231).

10                       COUNT ONE: VIOLATION OF RIGHTS

11                          COUNT TWO: CONSPIRACY

12   Plaintiffs, realleges and restates the foregoing jurisdictional allegations

13   and general factual allegations. Harriett Chavez entered a judgment/ruling

14   without having the authority and lacking jurisdiction. Defendants in

15   collusion denied me my Rights to a fair and meaningful hearing and to Due

16   Process of law that is secured by the Constitution of the United States and

17   the Constitution of The State of Arizona.

18              COUNT ONE: DENIAL OF RIGHTS UNDER COLOR OF LAW

19   Plaintiffs, realleges and restates the foregoing jurisdictional allegations

20   and general factual allegations. Defendants have threatened, intimidated, and

21   interfered in the exercise of my natural rights to life, liberty, and the

22   pursuit of happiness

23                      COUNT ONE: BREACH OF CONTRACT

24   Plaintiffs, realleges and restates the foregoing jurisdictional allegations

25   and general factual allegations.

1  Defendants Did Not Follow The Law (Constitution of The United States of

2  America and The Constitution of The State of Arizona.)

3  COUNT TWO: TORTIOUS NEGLIGENCE/BREACH OF CONTRACT

4  Plaintiffs had a lease agreement with Defendant Sonoma Ridge Apartments.

5  Defendant failed to respond, address or resolve, reported unfit and

6  uninhabitable living conditions of said dwelling unit. See (Arizona

7  Residential Landlord and Tenant Act Sec. 33-1324)

8  COUNT: CONSPIRACY

9  Plaintiffs, realleges and restates the foregoing jurisdictional allegations

10  and general factual allegations. Defendants worked in collusion against

11  Plaintiffs to deprive them of Rights. Defendants did not witness Plaintiffs

12  commit a felony or crime that resulted in the termination of Plaintiffs

13  lease.

14  COUNT: FRAUD

15  Plaintiffs, realleges and restates the foregoing jurisdictional allegations

16  and general factual allegations. Defendants lied under the penalties of

17  perjury.

18

19  DEMAND

20  As a direct result of Defendants' breach and other acts, Plaintiffs suffered

21  substantial money damages. WHEREFORE Demetris Henry, Brandon Adams, Saniah

22  Adams, Jailah Adams Plaintiffs, demands judgment for money damages in the

23  amount of $100,000 against Allyssa B. Birnley, Harriett Chavez, Sonoma Ridge,

24  Sentinel Real Estate Corporation Defendants, together with such other and

25  further relief as the Court may deem reasonable.

July, 18, 2011

Demetris Henry

Authorized Representative

Natural Person, In Propria Persona:

Ex Relatione: DEMETRIS HENRY

All Rights Reserved: U.C.C. 1-207/

1-308; U.C.C. 1-103

2545 N. 83rd Ave apt 2261

Phoenix, AZ 85035

602-391-5335