IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Demetris Henry, ) | No. CV 11-1410-PHX-FJM |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| Allyssa B Birnley et al, ) | |
| Defendant. ) | |

The court has before it Demetris Henry's Motion to Proceed in forma pauperis, which is GRANTED. (Doc. 2). However, a review of the complaint shows that it must be dismissed. It is only signed by Demetris Henry, yet purports to be on behalf of other plaintiffs. Moreover, the complaint fails to state claims upon which relief may be granted. It also violates Rule 8(a), Fed. R. Civ. P. And, it appears that there is no federal subject matter jurisdiction. Accordingly, it is ORDERED DISMISSING this action for the foregoing reasons.

We urge Demetris Henry to seek the advice of a lawyer. If he does not have one, he may wish to contact the Lawyer Referral Service of the Maricopa County Bar Association at 602-257-4434.

DATED this 4th day of August, 2011.

_Frederick J. Martone_
Frederick J. Martone
United States District Judge